People v Brinson (2026 NY Slip Op 00710)

People v Brinson

2026 NY Slip Op 00710

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

895 KA 23-01884

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vBLAINE BRINSON, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (GUY A. TALIA OF COUNSEL), FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (RYAN P. ASHE OF COUNSEL), FOR RESPONDENT. 

 Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Supreme Court, Monroe County (Charles A. Schiano, Jr., J.), entered October 17, 2023. The order denied the motion of defendant to vacate a judgment of conviction pursuant to CPL 440.10. 
It is hereby ORDERED that the case is held, and the decision is reserved.
Same memorandum as in People v Brinson ([appeal No. 1] — AD3d — [Feb. 11, 2026] [4th Dept 2026]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court